### BUFORD J. BARRIER *v.* ISHAM M. KELLY.

APPEAL.   *Chancery practice. Demurrer sustained. Leave to amend.*

A decree of the chancery court sustaining a demurrer to a bill of complaint, allowing complainant time to amend his bill, and granting an appeal to settle the principles of the case, is not an appealable decree, because the supreme court cannot know that complainant has not or will not amend his bill.

FROM the chancery court of Yazoo county.

HON. HENRY C. CONN, Chancellor.

Barrier, would-be appellant, was complainant in the court below, and Kelly was defendant there. From the decree mentioned in the opinion of the court Barrier sought an appeal to the supreme court.

*C. H. Williams* and *W. W. Lockard*, for appellant.

*Barnett & Perrin*, for appellee.

CALHOON, J., delivered the opinion of the court.

We cannot take cognizance of this appeal because it has no warrant of law. The same order sustains a demurrer to the bill, gives sixty days to amend it, and yet allows an appeal to "settle the principles of the case." *Non constat* but appellant would conclude to amend. He may have done so, for aught we know, since June 20th, the date of the decree.

In order that a decree may be appealed from, it must be final as to its subject.

*Appeal dismissed.*